UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DRAGON BOOM LIMITED | Civil Action No. 13-03072-KSH-CLW |
| Petitioner, | ECF Document (Electronically Filed) |
| v. | |
| MINMETALS, INC., | ~~STIPULATION AND~~ ORDER |
| Respondent. | |

WHEREAS petitioner Dragon Boom Limited's ("Dragon Boom") motion to confirm arbitration award (the "Motion") was received by respondent Minmetals, Inc. ("Minmetals") on May 29, 2013;

WHEREAS the return date on the Motion has been set by the Court for July 1, 2013;

WHEREAS Minmetals requested from Dragon Boom an adjournment of the July 1, 2013 return date and a corresponding extension of time by which to file its opposition to the Motion;

WHEREAS Dragon Boom agreed to such an adjournment and extension, but will agree to no further adjournments or extensions; and

WHEREAS, no prior adjournments or extensions have been requested or obtained by Minmetals;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 6.1, by and between the undersigned, that the return date for the Motion is adjourned to ~~August 19, 20~~13, or such date thereafter as the court may set; and

IT IS FURTHER STIPULATED AND AGREED that the time for Minmetals to file opposition papers with respect to the Motion is extended to and including ~~July 19, 20~~13, and the

time for Dragon Boom to file reply papers with respect to the Motion is extended to and including ~~August 12,~~ 2013.

Dated: New York, NY
June 10, 2013

_____
Gregory K. Mueller
Law Offices of Gregory K. Mueller, P.C.
26 Franklin Street
Tenafly, New Jersey 07670
201.567.4969
Attorneys for Respondent

_____
John J. Janiec
Law Office Of John J. Janiec
350 Fifth Ave., Ste. 4510
New York, NY 10118
212.629.0027
Attorneys for Petitioner

Barry Bendes
Andre Cizmarik
Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, New York 10022
212.912.2731
Attorneys for Respondent

SO ORDERED:

_____
Hon. Katharine S. Hayden, U.S.D.J.

AM 20659224.1

Respondent may have the automatic extension allowed under Local Civil Rule 7.1(d)(5). In order to receive any further **extension**, respondent shall make a motion & explain the basis for the request therein. It is on this 13th day of June, 2013, So Ordered.

_____
Katharine S. Hayden, U.S.D.J