Barry J. Bendes
Andre K. Cizmarik
EDWARDS WILDMAN PALMER, LLP
750 Lexington Avenue
New York, New York 10022
212.308.4411
Attorneys for Respondent

George K. Mueller
Matthew J. Ross
LAW OFFICES OF GREGORY K. MUELLER, P.C.
26 Franklin Street
Tenafly, New Jersey 07670
201.567.4969
Attorneys for Respondent

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DRAGON BOOM LIMITED** | Civil Action No. 13-03072-KSH-CLW |
| Petitioner, | ECF Document (Electronically Filed) |
| v. | |
| **MINMETALS, INC.,** | |
| Respondent. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the following counsel for Respondent Minmetals, Inc. in the above-captioned matter:

AM 20760217.1

        Andre K. Cizmarik
        EDWARDS WILDMAN PALMER, LLP
        750 Lexington Avenue
        New York, New York 10022
        212.308.4411
        acizmarik@edwardswildman.com

Dated:  June 14, 2013        Respectfully submitted,

        EDWARDS WILDMAN PALMER, LLP
        Attorneys for Respondent Minmetals, Inc.

        By:  /s/ Andre K. Cizmarik
              Andre K. Cizmarik

## CERTIFICATE OF SERVICE

I hereby certify that the within **NOTICE OF APPEARANCE** has been filed electronically, is available for viewing and downloading from the ECF System and is being served upon counsel as indicated on the Court's Electronic Case Filing System this 14th day of June, 2013.

      /s/ Andre K. Cizmarik
      Andre K. Cizmarik