Law Offices Of
# GREGORY K. MUELLER, P.C.

|  | 26 FRANKLIN STREET |  |
|---|---|---|
| GREGORY K. MUELLER* | TENAFLY, NEW JERSEY  07670 | 381 PARK AVENUE SOUTH |
| BRIAN B. HORAN* | (201) 567-4969 | NEW YORK, NEW YORK 10016 |
| MATTHEW J. ROSS** | FAX (201) 567-4793 | (212) 995-5445 |

\*   MEMBER OF NJ & NY BARS
\*\*  MEMBER OF NJ, NY & OH BARS

June 14, 2013

William Walsh, Clerk
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

RE:   Caption:        Dragon Boom Limited. v. Minmetals, Inc.
      Docket No.:     2:13-cv-03072-KSH-CLW
      Our File No.:   339G-35

<u>Via E-File</u>

Dear Mr. Walsh:

  This office represents Defendant Minmetals, Inc. in the above-referenced matter.  Please be advised that I just filed a Notice of Appearance, listed as Document 7, **<u>under Seal</u>** by mistake. This letter is to request that you please unseal the document.

  Thank you for your cooperation.

  Should you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Gregory K. Mueller
_____
Gregory K. Mueller

GKM/lm