UNITED STATES DISTRICT COURT
For The
DISTRICT OF NEW JERSEY

**DRAGON BOOM LIMITED,**         )
                                 )
        **Petitioner,**         ) Civil Action No. 2:13-cv-03072
                                 )                (KSH-CLW)
*-against-*                      )
                                 )
**MINMETALS, INC.,**             )
                                 )
        **Respondent.**         )

## DISCLOSURE STATEMENT

The undersigned counsel for Dragon Boom Limited, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publically held corporation that owns 10% or more of this party's stock.

*S/ John J. Janiec*
_____
John J. Janiec (7837)
Law Office of John J. Janiec
350 Fifth Avenue – Suite 4510
New York, New York 10118
(212) 629 – 0027
E-mail: JJaniec@JJJLawOffice.com

Dated:   June 14, 2013