**LAW OFFICES OF JOHN J. JANIEC**
ATTORNEY AT LAW
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4510
NEW YORK, NEW YORK 10118-4510
—

TEL:  (212) 629 - 0027
FAX: (212) 244 - 6784

MEMBER OF THE N.Y. AND N.J. BARS
JJANIEC@JJJLAWOFFICE.COM

August 29, 2013

*Via ECF*

Hon. Katharine S. Hayden
U.S. District Court – District of New Jersey
M.L. King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *Dragon Boom Limited v. Minmetals, Inc.*
      Case No.: 2:13-cv-03072-KSH-CLW

Dear Judge Hayden:

      I am the attorney for Dragon Boom Limited, Petitioner in the above referenced action to confirm a foreign arbitral award.

      I am in receipt of a letter in the nature of a sur-reply, that is dated August 27, 2013, and was addressed to Your Honor by counsel for Respondent.  (CM/ECF Docket No.22)   Dragon Boom's reply brief in connection with its motion to confirm was filed with the court on August 16, 2013.  (CM/ECF Docket No.21).  Since that filing, I am unaware of any application for permission to file a sur-reply that was made by counsel for Respondent pursuant to L. Civ. R. 7.1(d) (6).

      Accordingly, if the court will accept what is apparently Respondent's unauthorized sur-reply, I am writing to respectfully request an opportunity to issue a brief response on behalf of Dragon Boom.

Respectfully submitted

s/*John J. Janiec*
John J. Janiec

cc: *by e-mail*:
Edwards Wildman Palmer, LLP
Law Offices of Gregory K. Mueller