Law Offices Of
# GREGORY K. MUELLER, P.C.

| | 19 ENGLE STREET | |
|---|---|---|
| GREGORY K. MUELLER* | TENAFLY, NEW JERSEY 07670 | 381 PARK AVENUE SOUTH |
| BRIAN B. HORAN* | (201) 567-4969 | NEW YORK, NEW YORK 10016 |
| MATTHEW J. ROSS** | FAX (201) 567-4793 | (212) 995-5445 |

GEOFFREY D. MUELLER***
OF COUNSEL

\*        MEMBER OF NJ & NY BARS
\*\*     MEMBER OF NJ, NY & OH BARS
\*\*\*  MEMBER OF NJ, NY & DC BARS

February 18, 2014

The Honorable Katherine S. Hayden
United States District Judge for the District of New Jersey
U.S. District Court for the District of New Jersey - Newark
Frank R. Lautenberg U.S. P.O. Cthse. Building
Room 05
Federal Square
Newark, NJ 07101-0999

RE:   Caption:        Minmetals, Inc. v. Dragon Boom, Ltd., et als.
        Docket No.:  2:13-cv-03072-KSH-CLW

<u>Via CM/ECF</u>

Your Honor:

    As you know, I represent Minmetals, Inc. In accordance with the two Text Orders entered shortly after 1:00 this afternoon (for the above docket as well as for docket No. 2:13-cv-03834-KSH-CLW), this letter confirms that counsel for Minmetals will attend oral arguments tomorrow at 3:15.

    Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Gregory K. Mueller

GKM/mf
Client