**United States District Court**
**for the District Of New Jersey**

DRAGON BOOM LIMITED

               Petitioner,

   v.

MINMETALS, INC.,

             Respondent.

Civil No.: 13-3072 (KSH)

**ORDER**

    This matter having come before the Court on a petition to confirm a foreign arbitration award [D.E. 3]; and the Court having heard oral argument on this matter; and for the reasons expressed on the record during the aforesaid proceeding,

    **IT IS**, on this 19th day of February, 2014,

    **ORDERED** that the motion to confirm the arbitration award [D.E. 3] is **STAYED**.

Katharine S. Hayden, U.S.D.J.